**Tiffany MATTHEWS, Petitioner**

v.

**Michael G. WINCE and Dorene**
**M. Wince, Respondents**

**No. 323 MAL 2017**

Supreme Court of Pennsylvania.

October 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**